# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

**FILED**
DEC 1 8 2007
U.S. DISTRICT COURT
CLARKSBURG, WV 26301

Christina L. Ours
P.O. Box 242
Baker, WV 26801
**Plaintiff(s),**

Michael J. Astrue
Office of the General Counsel
Room 611, Altmeyer Building
6401 Security Boulevard, Baltimore, MD 21235
**Defendant(s).**

(CIVIL)(CRIMINAL) NO: 1:07cv112

## ORDER

Upon consideration of the foregoing Application for Admission *Pro Hac Vice* of Anthony R. Mignini, it is **ORDERED** that the Application for Admission *Pro Hac Vice* be, and the same is hereby, **APPROVED** and that the applicant may appear *pro hac vice* in this matter on behalf of the represented party.

ENTER: Dec. 18, 2007

_____
United States District Judge