IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF WEST VIRGINIA

CHRISTINA L. OURS,

    Plaintiff,

v.                                              CIVIL ACTION NO. 1:07cv112

MICHAEL J. ASTRUE,
COMMISSIONER OF SOCIAL SECURITY,

    Defendant.

## O R D E R

Upon consideration of Plaintiff's Motion to Extend Time in which to file her Motion for Summary Judgment and her motion in support thereof, in which she asserts she is unable to timely file her motion and brief, despite good-faith efforts. Plaintiff further asserts in said motion that the attorney for Defendant does not object [Docket Entry 14]. Good cause having been shown, the Court, hereby,

**ORDERS** that said motion is **GRANTED**, and Plaintiff shall have until and including **March 14, 2008**, to file any motion for summary judgment and supporting brief. Defendant shall file his motion and supporting brief thirty days after Plaintiff's motion and brief are filed.

This Court will entertain no further motions for enlargement of time to file motion for summary judgment by Plaintiff. If Plaintiff does not file his motion for summary judgment on or before the above established deadline, this Court will recommend dismissal of this action to the District Court.

The Clerk is directed to send a copy of this Order to all counsel of record.

DATED: February 13, 2008.

                                                           *John S. Kaull*
                                                           JOHN S. KAULL
                                                           UNITED STATES MAGISTRATE JUDGE